IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BENITO JOSUELI JUAN                    )
DOMINGO,                               )
                                       )
        Petitioner,                    )
                                       )
v.                                     )        Case No. CIV-26-1116-SLP
                                       )
MICHAEL SIZEMORE,                      )
WARDEN, et al.,                        )
                                       )
        Respondents.                   )

**O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 9] (R&R) of United States Magistrate Judge Suzanne Mitchell entered June 1, 2026. Judge Mitchell advised the Petitioner of his right to object to the R&R and directed any objections to be filed on or before June 22, 2026. Judge Mitchell further advised the Petitioner that any failure to object would waive his right to appellate review of the factual and legal issues addressed in the R&R.

The Petitioner has neither filed an objection nor sought an extension of time in which to do so. Therefore, the Court finds that the Petitioner has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 9] is ADOPTED in its entirety and the Petitioner's TRO motion is DENIED.

IT IS SO ORDERED this 24th day of June, 2026.

2

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE